HERMAN NASH, Appellant, v. CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

JOSE VARGAS, Respondent, v. KELVIN ENGINEERING COMPANY, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the inspection to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

ESSLEY SHIRT COMPANY, INC., Appellant, v. WILLIAM M. LYBRAND et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

MORDECAI M. NUROK, Respondent, v. MAX SCHWARTZ, Appellant.— Order unanimously affirmed. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

NESSIM Z. MORENO, Respondent, v. VERNON C. WALSTON et al., Appellants. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

MARATHON PICTURES CORPORATION, Respondent, v. PRC PICTURES, INC., Defendant, and EAGLE LION FILMS, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH GESSULA, Appellant.— Order unanimously reversed and the matter remitted for hearing. On this record a hearing is warranted. Settle order on notice. Present —Peck, P. J., Bastow, Botein and Bergan, JJ.

In the Matter of WILLIAM H. SCHREIBER, an Attorney.— Motion for reinstatement granted. Present — Peck, P. J., Glennon, Cohn, Callahan and Botein, JJ.